IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES PALMER GAILLARD,**

    Petitioner,

vs.                                       Case No. 4:05cv283-RH/WCS

**JOHN DOE,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO DISMISS HABEAS CORPUS PETITION

Petitioner filed a petition for writ of habeas corpus, challenging his involuntary "custody" in a dwelling house and that his social security was being taken for assisted living.  Doc. 1.  Petitioner sought return to Georgia or North Carolina to be with relatives.

Leave to proceed in forma pauperis was granted, and Petitioner was directed to file an amended petition.  Doc. 3.  In the order, incorporated herein by reference, the court noted concern as to whether Petitioner was "in custody" for habeas corpus jurisdiction and whether state action was involved.  Petitioner was advised that the case could be dismissed without prejudice if he failed to respond to the order.  *Id.*, p. 3.

The order was returned, undelivered, to the clerk with the notation "not at this address."  Doc. 4.  The change of address likely moots any claim as to Petitioner's placement and purported custody.  Even if it does not, Petitioner has not advised the court of his address change and the case obviously cannot proceed without him.

It is therefore respectfully **RECOMMENDED** that the habeas corpus petition (doc. 1) be **SUMMARILY DISMISSED WITHOUT PREJUDICE**.

**IN CHAMBERS** at Tallahassee, Florida, on November 29, 2005.


  S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**